UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS E. BELLOWS,<br><br>Plaintiff,<br><br>v.<br><br>ACCOUNTS RECEIVABLE MANAGEMENT, INC.,<br><br>Defendant. | Civil No.   07cv0758-BEN (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On July 30, 2007, the Court held an Early Neutral Evaluation Conference, and the case settled. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be electronically filed on or before **September 19, 2007**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Roger T. Benitez, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before September 19, 2007, then a Settlement Disposition Conference shall be held on **September 20, 2007**, at **9:00 a.m.** before Judge Bencivengo. The

---

[1] *See* General Order 556, Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* at 13-14, for the chambers' official email address and procedures on emailing proposed orders.

conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before September 19, 2007, the Settlement Disposition Conference shall be VACATED without further court order.

4. The parties indicated they plan to consent to the undersigned's jurisdiction to enforce the terms of the settlement agreement.  As such, counsel shall contact chambers to obtain the consent form, which shall be completed and submitted to Judge Benitez on or before **September 19, 2007**.

DATED: July 31, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge